In the Matter of STEVEN ARON, Appellant, v LEONIE ARON, Respondent

Ordered that the order is affirmed, with costs, for reasons

stated by Judge Kaiser at the Family Court, Westchester County. Lawrence, J. P., Kunzeman, Kooper and Harwood, JJ., concur.